```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Enver Berker Hazar,

       Plaintiff,

    v.                               Case No. 2:16-cv-305

Nationwide Mutual Insurance Company,

       Defendant.

<u>ORDER</u>

    This matter is before the court for consideration of the July 27, 2016, Report and Recommendation of the magistrate judge, in which he recommended granting plaintiff's motion to remand this matter to the Court of Common Pleas of Franklin County, Ohio, on the ground that the notice of removal was untimely filed.  The magistrate judge also recommended that no attorney's fees be awarded to either party.

    The Report and Recommendation specifically advised the parties that the failure to object to the Report and Recommendation "will result in a waiver of the right to have the district judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation."  Doc. 17, pp. 9-10.  The deadline for filing objections has passed, and no objections to the Report and Recommendation have been filed.

    The court hereby adopts the Report and Recommendation (Doc. 17).  Plaintiff's motion to remand (Doc. 11) is granted.  This matter is remanded to the Court of Common Pleas of Franklin County, Ohio, with no award of attorney's fees.

It is so ordered.

Date: August 24, 2016                     s/James L. Graham
                                    James L. Graham
                                    United States District Judge